IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| (1) TECHNOLOGY PROPERTIES LIMITED and (2) PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>(1) ACER, INC.<br>(2) ACER AMERICA CORPORATION<br>(3) GATEWAY, INC.<br><br>Defendants. | CASE NO. 2:08-cv-228<br><br>**Jury Trial Demanded** |

## ORDER OF DISMISSAL

Upon consideration of the attached Notice of Dismissal filed by Plaintiffs Technology Properties Limited and Patriot Scientific Corporation in connection with claims of patent infringement filed against defendants Acer, Inc., Acer America Corporation and Gateway, Inc., it is hereby **ORDERED** that all claims asserted against defendants Acer, Inc., Acer America Corporation and Gateway, Inc. be dismissed without prejudice.

SIGNED this 13th day of February, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE